Michael J.F. Smith, #109426
John L. Migliazzo, # 272066
**Michael J.F. Smith, A Professional Corporation**
1391 West Shaw Avenue, Suite D
Fresno, California 93711

Phone:: (559) 229-3900
Fax:  (559) 229-3903
Mjfsmith@mjfsmith.com

Attorneys for Plaintiff, Scott Linenbroker

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
David R. McNamara, #133302
Christina C. Tillman, #258627
7647 North Fresno Street
Fresno, California 93720
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

Attorneys for ITT EDUCATIONAL SERVICES,
INC. dba ITT TECHNICAL INSTITUTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SCOTT LINENBROKER, an individual,<br><br>             Plaintiff,<br><br>       v.<br><br>ITT EDUCATIONAL SERVICES, INC. dba ITT TECHNICAL INSTITUTE, a California Corporation and DOES 1-50,<br><br>             Defendant. | Case No. 1:14-CV-00207-LJO-GSA<br><br>**STIPULATION AND ORDER RE. FILING OF AMENDED COMPLAINT**<br><br>Action Filed:  January 16, 2014 (Fresno Superior Court)<br>Removed:      February 18, 2014 |

IT IS HEREBY AGREED by all parties that the proposed AMENDED COMPLAINT that was attached to the Joint Scheduling Conference Report filed in this case on July 9, 2014 is deemed filed as of the date that this order is filed by the Court.

Dated: July 14, 2014                    MICHAEL J.F. SMITH, A PROFESSIONAL
                                                        CORPORATION


                                        By: /s/ *Michael J. F. Smith*
                                            Michael J.F. Smith
                                            John L. Migliazzo
                                        Attorneys for Plaintiff SCOTT LINENBROKER


Dated: July 14, 2014                    McCORMICK, BARSTOW, SHEPPARD,
                                                 WAYTE & CARRUTH LLP


                                        By: /s/ *David R. McNamara*
                                            David R. McNamara
                                            Deborah A. Byron
                                        Attorneys for Defendant ITT EDUCATIONAL
                                          SERVICES, INC. dba ITT TECHNICAL
                                                        INSTITUTE


**ORDER**

The Court adopts the parties' stipulation set forth above. Accordingly, the Amended Complaint is deemed filed and served as of the date of issuance of this Order. For purposes of clarifying the record, the Clerk of the Court is directed to file the Amended Complaint as a separate entry on the docket. (Doc. 16-1). Defendant shall file a responsive pleading within 21 days from the date of this Order.


IT IS SO ORDERED.

   Dated:   **July 17, 2014**                   **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE