McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
David R. McNamara, #133302
Deborah A. Byron, #105327
7647 North Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for ITT EDUCATIONAL SERVICES, INC. DBA ITT TECHNICAL INSTITUTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SCOTT LINENBROKER, an individual, | Case No. 1:14-CV-00207-LJO-GSA |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| v. | |
| ITT EDUCATIONAL SERVICES, INC. dba ITT TECHNICAL INSTITUTE, a California Corporation and DOES 1-50, | |
| Defendants. | Trial Date: October 27, 2015 |

IT IS HEREBY STIPULATED by and between Plaintiff SCOTT LINENBROKER and Defendant ITT EDUCATIONAL SERVICES, INC. dba ITT TECHNICAL INSTITUTE, a California Corporation, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Dated: May 6, 2015                                   MICHAEL J.F. SMITH,
                                                                  A PROFESSIONAL CORPORATION


                                                          By:_____/S/  MICHAEL J.F. SMITH_____
                                                                      Michael J.F.Smith
                                                          Attorneys for Plaintiff SCOTT LINENBROKER

Dated: May 5, 2015                                   McCORMICK, BARSTOW, SHEPPARD,
                                                                       WAYTE & CARRUTH LLP

                                                         By: ___/S/  DAVID R. McNAMARA___
                                                                       David R. McNamara
                                                                       Deborah A. Byron
                                                         Attorneys for Defendant ITT EDUCATIONAL
                                                         SERVICES, INC. dba ITT TECHNICAL
                                                         INSTITUTE

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   **May 6, 2015**                            **/s/ Lawrence J. O'Neill**
                                                         UNITED STATES DISTRICT JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2
STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On April __, 2015, I served true copies of the following document(s) described as **STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER** on the interested parties in this action as follows:

MICHAEL J.F. SMITH                           Attorney for Plaintiff, Scott Linenbroker
Michael J.F. Smith,
 A Professional Corporation
1391 W. Shaw Avenue, Suite D
Fresno, California 93711
Email:  mjfsmith@mjfsmith.com

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April __, 2015, at Fresno, California.

Lisa Hammond

45205-00002 3345169.1